# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RHONDA NANETTE POLITE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN et al.,<br><br>Defendants. | No. SA CV 20-00401-JLS (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss is granted. Judgment shall be entered dismissing the Complaint without leave to amend.

Date: November 1, 2020

_____
JOSEPHINE L. STATON
United States District Judge