JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RHONDA NANETTE POLITE, <br><br> Plaintiff, <br><br> v. <br><br> JOHN et al., <br><br> Defendants. | Case No. SA CV 20-00401-JLS (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without leave to amend.

Date: November 1, 2020

_____
JOSEPHINE L. STATON
United States District Judge